**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **JAN ABRAHAM NEL,** | § | |
|     **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Cause No. EP-21-CV-92-KC** |
| | § | |
| **MERRICK GARLAND,** *et al.*, | § | |
|     **Defendants.** | § | |

## ORDER

Jan Abraham Nel, a former federal prisoner who has been deported from the United States to South Africa, has submitted a motion in his civil rights case which he dated March 6, 2025. Pl.'s Mot., ECF No. 23; *see Nel v. Bondi*, EP-25-CV-5-DCG (W.D. Tex.), Advisory to the Court, ECF No. 3. But the Court entered its final judgment, and this case was closed, on April 5, 2022. Final J., ECF No. 15.

Nel is **ADVISED** that, because his case has been closed for nearly three years, no more documents may be filed in it. *See* Fed. R. Civ. P. 60(c). Nel is **WARNED** that making any future filings in this closed case will result in his pleadings being docketed for administrative purposes only and without any action by the Court.

Accordingly, after due consideration, the Court **DISMISSES AS MOOT** Nel's motion (ECF No. 23). The Court also **DIRECTS** the District Clerk to docket Nel's future pleadings in this case, if there are any, for administrative purposes only.

**SIGNED this 17th day of March, 2025.**

_____
**KATHLEEN CARDONE**
**UNITED STATES DISTRICT JUDGE**